MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY - 9 2008    aew
MAY 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Larry Gore

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV2697
JUDGE PALLMEYER
MAG. JUDGE MASON

vs.

Sheriff Tom Dart and Supt. Thomas Snook

Case N. _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
    U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Larry Gere

B. List all aliases: N/A

C. Prisoner identification number: 2007-000-0390

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chi., IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart

Title: Sheriff of Cook County

Place of Employment: 3600 S. California Chi, IL 60608

B. Defendant: Thomas Snook

Title: Superintendent of Div-11

Place of Employment: P.O. Box 089002 Chi, IL 60608

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _None_

B. Approximate date of filing lawsuit: _None_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _None_

D. List all defendants: _None_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _None_

F. Name of judge to whom case was assigned: _None_

G. Basic claim made: _None_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _None_

I. Approximate date of disposition: _None_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My complaint is against the Cook County Department of corrections for there unsanitary living condition that are causing detanees to have serious boils on the body. I have recieved one of these boils under my arm pit about the side of a half of dollar which left a hold in my arm about 1" deep. These boils could be cause by a "staph" infection. I had to have this boil surgeonly remove that cause me serious pain and suffering for over a month. I had to take two type of antibioties for ten days. I found out that many other detainees around the Cook County Jail has these serious boils on they body as well. The Defendant Supts Snuck is responable for the well being of all detainers in Div-11 and as such he is responable for our living conditions, and we as detainees have a constitutional Rights to be free from living condition that are making us sick. Defendant

Tom Dart are responable for all Detainees well being in the Cook County Jail, and as such he is responable for our well being and our Living condition at the Cook County Jail. These Defendants are responable for our change of cloths and bed sheets in which we don't get for weeks at a time. We do not get Hygiene Products Bre week as we should, We do not get cleaning suply to clean our cell or the Deck for week at a time. We are force to give our soap and deodorent to the Detainees that are coming on the New or Small there body odor. We are force to sleep on the floor While mices ar crawling all over us.

    These defendants are Violating our Constitution Richs under the 5- 9- and 14 amendment to the U.S. Constitution and the Illinois cons.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like this Honorable Court to make the Defendants compensate me for my pain and suffering as well as mental and emotional distress as this Honorable Court deems fit.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_____
(Signature of plaintiff or plaintiffs)

Larry Gere
(Print name)

2007-000-0390
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608

(Address)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓)   NO ( )

C. If your answer is YES:

1. What steps did you take?
   I file a grievance with the Social Worker at Cook County Jail.

2. What was the result?
   Denied

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

   Still Pending

D. If your answer is NO, explain why not:

3

Revised: 7/20/05

E.   Is the grievance procedure now completed?   YES ( )   NO (X)

F.   If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )   NO ( )

G.   If your answer is YES:

    1.   What steps did you take?

    2.   What was the result?
       Still Pending

H.   If your answer is NO, explain why not: